

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                             MAGISTRATE NO.: 3:21-mj-637-FKB-1

JESSICA LEEANN SLEDGE

### ORDER GRANTING GOVERNMENT'S MOTION TO UNSEAL THE COMPLAINT

THIS CAUSE is before the Court on motion of the government to unseal the above-styled matter. The Court, having been fully advised that the defendant has been arrested and is in custody, finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the above-styled matter is hereby unsealed.

SO, ORDERED AND ADJUDGED this the 3rd day of November 2021.

/s/ F. Keith Ball
HONORABLE F. KEITH BALL
UNITED STATES MAGISTRATE JUDGE