AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>JESSICA LEEANN SLEDGE<br><br>*Defendant* | )<br>)  Case No. 3:21-mj-637-FKB<br>)<br>)<br>)<br>)<br>) |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 3 2021
ARTHUR JOHNSTON
B_____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JESSICA LEEANN SLEDGE ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Use of interstate commerce facilities in murder-for-hire in violation of 18 U.S.C. § 1958

Date: 11/2/2021

_____
*Issuing officer's signature*

City and state: Jackson, Mississippi

Honorable F. Keith Ball
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/2/21 , and the person was arrested on *(date)* 11/2/21
at *(city and state)* Pelahatchie MS .

Date: 11/2/21

_____
*Arresting officer's signature*

Justin Schmidt S.A.
*Printed name and title*